### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **HEATHER APARTMENTS LIMITED PARTNERSHIP**, a Minnesota limited partnership, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. CIV-01-171-F ) |
| **CITIGROUP, INC.**, a foreign corporation; **TRAVELERS INSURANCE COMPANY**, a foreign corporation; **TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY**, a foreign corporation, **TRAVELERS PROPERTY CASUALTY CORPORATION**, a foreign corporation; **TRAVELERS INDEMNITY COMPANY,** a foreign corporation; **TRAVELERS CASUALTY AND SURETY COMPANY**, a foreign corporation; **TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,** a foreign corporation; **TRAVELERS COMMERCIAL INSURANCE COMPANY,** a foreign corporation; **TRAVELERS INDEMNITY OF AMERICA**, a foreign corporation; and **AETNA CASUALTY & SURETY COMPANY**, a foreign corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

### **ORDER**

Upon the application of Interstate Fire & Casualty Company (doc. no. 224, responded to by

Heather Apartments on July 1, 2005) for an order to unseal the remaining portion of the record and

transcript, and the court noting that it appears that a specific, written request has, to no avail, been made for the documents at issue, IT IS ORDERED the remaining portion of the record and transcript shall be unsealed. The documents and information thus disclosed shall be used only for purposes directly related to the pending state court litigation. (If a more specific protective order is desired, application may be made to this court. Any such application should be filed within seven days from the date hereof.)

DATED this 18th day of July, 2005.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

01-0171p034 (pub).wpd